JEWEL CARMEN v. FOX FILM CORPORATION and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

RICE & HILL, INC., v. L. DUNCAN BULKLEY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

NICHOLAS P. YOUNG and Another v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

WILLIAM J. SCHIEFFELIN v. JOHN F. HYLAN and Others.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

PHILIP BENDER v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Others. HANS RANDIN v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Others. LEONARD KUDRAZEFF v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Others. RUDOLPH DORSCH v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Others. HENDRIK SIPHON v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

SELKA UNGER v. WILLIAM BARRETT, as President, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith Finch and McAvoy, JJ.

LORIN W. ZELTNER and Others v. " JOHN " SANTORA and Others.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

HELEN COURTNEY, as Administratrix, etc., v. LEHIGH VALLEY RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, mith, Finch and McAvoy, JJ.

AXEL W. HALLENBORG v. WILLIAM C. GREENE and Others.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

SOUTH AND CENTRAL AMERICAN COMMERCIAL CO., INC., v. PANAMA RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

INDEPENDENT BARER SICK AND BENEVOLENT ASSOCIATION, INC., v. SAMUEL KILLIM.— Motion denied, with ten dollars costs and stay vacated. Present— Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

NEW YORK CITY CAR ADVERTISING COMPANY v. E. REGENSBURG & SONS, INC. — Motion granted on condition that appellant procure printed papers on appeal, and said appeal argued or submitted on May 18, 1923. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

PATRICK HANLON v. O'BRIEN'S EXPRESS COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

BERTHA J. DOANE v. TERMINAL AND TOWN TAXI CORPORATION and Another.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JOHN SCHWENDNER v. FRED SCHNEIDER and Another.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.